CENTER FOR DISABILITY ACCESS
Ray Ballister Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
Amanda Lockhart Seabock, Esq., SBN 289900
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com

Attorneys for Plaintiff, JOHN WEEKLEY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN WEEKLEY,<br><br>    Plaintiff,<br><br>    v.<br><br>THE NOVOGRODER COMPANIES, INC., an Indiana Corporation; and Does 1-10,<br><br>    Defendants. | Case No.: 5:20-CV-00203-JAK-SP<br><br>**NOTICE OF SETTLEMENT AND REQUEST TO VACATE ALL CURRENTLY SET DATES** |

The plaintiff hereby notifies the court that a global settlement has been reached in the above-captioned case as to damages only. The case will proceed via noticed motion as to attorney fees/costs. The parties would like to avoid any additional expense, and further the interests of judicial economy.

The plaintiff, therefore, applies to this Honorable Court to vacate all currently set dates with the expectation that the Joint Stipulation for Dismissal with prejudice as to all parties will be filed after the motion for fees/costs is heard and settlement is funded.

CENTER FOR DISABILITY ACCESS

Dated: May 28, 2020         By: /s/ Amanda Lockhart Seabock
                                Amanda Lockhart Seabock
                                Attorney for Plaintiff

Notice of Settlement            -1-            5:20-CV-00203-JAK-SP