Geoffrey S. Gray SBN 96433
7 Pallazo, Laguna Niguel
California 92677
949-481-4016

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER |
|---|---|
| John Weekley | 5:20-cv-00203 JAK (SPx) |
| Plaintiff(s) | |
| v. | |
| The Novogroder Companies, Inc., et al. | MEDIATION REPORT |
| Defendant(s). | |

***Instructions:*** *The mediator must file this Report within 5 days after the conclusion of a mediation session even if the negotiations continue. If the case later settles with the assistance of the mediator, the mediator must file a subsequent Report.*

1. ☑ A mediation was held on (date): May 27, 2020.

   ☐ A mediation did not take place because the case settled before the session occurred.

2. The individual parties and their respective trial counsel, designated corporate representatives, and/or representatives of the party's insurer:
   - ☑ Appeared as required by Civil L.R. 16-15.5(b).
   - ☐ Did not appear as required by Civil L.R. 16-15.5(b).
      - ☐ Plaintiff or plaintiff's representative failed to appear.
      - ☐ Defendant or defendant's representative failed to appear.
      - ☐ Other:

3. Did the case settle?
   - ☐ Yes, fully, on _____ (date).
   - ☑ Yes, partially, and further facilitated discussions are expected. *(See No. 4 below.)*
   - ☐ Yes, partially, and further facilitated discussions are **not** expected.
   - ☐ No, and further facilitated discussions are expected. *(See No. 4 below.)*
   - ☐ No, and further facilitated discussions are **not** expected.

4. If further facilitated discussions are expected, by what date will you check in with the parties?
   Motion for fees to be set.

Dated: May 28, 2020

Signature of Mediator
Geoffrey S. Gray
Name of Mediator (print)

The Mediator is to electronically file original document.

ADR-03 (01/14)   MEDIATION REPORT   Page 1 of 1