FILED
CLERK, U.S. DISTRICT COURT

6/5/2020

CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN WEEKLEY,<br><br>            Plaintiff,<br><br>    v.<br><br>THE NOVOGRODER COMPANIES, INC., an Indiana Corporation; and Does 1-10,<br><br>            Defendants. | Case No.: 5:20-CV-00203-JAK-SPx<br><br>**ORDER RE NOTICE OF SETTLEMENT AND REQUEST TO VACATE ALL CURRENTLY SET DATES (DKT. 20)**<br><br>**JS-6: CASE TERMINATED** |

Based on a review of the Notice of Settlement and Request to Vacate All Currently Set Dates ("Request" (Dkt. 20)), certain good cause has been shown. Therefore, the Request is **GRANTED IN PART**:

- This action is **DISMISSED WITHOUT PREJUDICE**, and all dates set in this action are **VACATED**.
- The Court retains jurisdiction over this action for the purposes of Plaintiff's anticipated motion for attorney's fees and costs, and of a stipulation by the parties to alter this dismissal to one that is with prejudice.
- Plaintiff shall file any motion for attorney's fees and costs, on or before July 3, 2020.
- The parties shall file any stipulation to alter this dismissal to one that is with prejudice, on or before July 3, 2020.

**IT IS SO ORDERED.**

Dated:  June 5, 2020            _____
                                John A. Kronstadt
                                United States District Judge