CENTER FOR DISABILITY ACCESS
Ray Ballister Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
Mail: 8033 Linda Vista Road Suite 200
San Diego CA 92111
(858) 375-7385; (888) 422-5191 fax
dennisp@potterhandy.com

Attorneys for Plaintiff JOHN WEEKLEY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **John Weekley**,<br><br>      Plaintiff,<br><br>v.<br><br>**The Novogroder Companies, Inc.,** an Indiana Corporation; and Does 1-10,<br><br>      Defendants. | **Case:** 5:20-cv-00203-JAK-SP<br><br>**Plaintiff's Notice of and Motion for An Award of Attorney's Fees**<br><br>Date:    November 23, 2020<br>Time:    8:30 a.m<br>Ctrm:    10B<br><br>Hon Judge John A. Kronstadt |

To Defendants and to their attorneys on record:

Please take notice that on November 23, 2020 at 8:30 a.m. or as soon thereafter as the matter may be heard in the courtroom of the John A. Kronstadt, located at First Street Courthouse, 350 W. First Street, Los Angeles, CA 90012, Plaintiff John Weekley will and hereby does move this Court to award his reasonable attorney fees and costs in the amount of $12,287.00 pursuant to 42 U.S.C. § 12205, California Civil Code § 52(a).

This motion will be based upon this Notice of Motion and Motion, the Memorandum of Points and Authorities, the declarations and other exhibits, and all papers on file in this case.

Pursuant to L.R. 7-3, this motion is made pursuant to an agreement of the parties reached at a mediation that occurred on May 27, 2020.

| | |
|---|---|
| Dated: July 3, 2020 | CENTER FOR DISABILITY ACCESS |
| | By: __/s/ Dennis Price_____ |
| | Dennis Price, Esq. |
| | Attorneys for Plaintiff |