UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| John Weekley,<br><br>      Plaintiff,<br><br>  v.<br><br>The Novogroder Companies, Inc., et al.,<br><br>      Defendants | No: 5:20-cv-00203-JAK (SPx)<br><br>Judgment |

This matter was previously dismissed without prejudice, with the Court to retain jurisdiction as to an award of attorney's fees. Plaintiff John Weekley is awarded $8,428.00 in attorney's fees and $630.00 in costs from Defendant The Novogroder Companies, Inc.

**IT IS SO ORDERED**

Dated: April 29, 2024

John A. Kronstadt
United States District Judge

1