*WHEN RECORDED MAIL TO:*

Center For Disability Access
Mark Potter Esq., SBN 166317
100 Pine St., Ste 1250
San Francisco, CA 94111
(858) 375-7385; Fax (888) 422-5191

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| John Weekley, <br><br> PLAINTIFF(S), <br> v. <br><br> The Novogroder Companies, Inc., et al. <br><br> DEFENDANT(S). | CASE NUMBER: <br><br> CV 5:20-cv-00203-JAK-SP <br><br> ABSTRACT OF JUDGMENT/ORDER |

I certify that in the above-entitled action and Court, Judgment/Order was entered on  4/30/2024
in favor of  John Weekley
whose address is  C/O Mark Potter, 100 Pine St., Ste 1250 San Francisco, CA 94111
and against  The Novogroder Companies, Inc.
whose last known address is  6 W. Colton Avenue, Redlands, California 92374-3232
for $ 0              Principal, $ 0              Interest, $ 630.00              Costs,
and $ 8428.00              Attorney Fees.

ATTESTED this  5th  day of  June , 2024.
Judgment debtor's driver's license no. and state;                               (last 4 digits) ☑ Unknown.
Judgment debtor's Social Security number;                               (last 4 digits) ☑ Unknown.
☑ No stay of enforcement ordered by Court
☐ Stay of enforcement ordered by Court, stay date ends

Judgment debtor's attorney's name and address and/or address at which summons was served:

VAUGHAN & ASSOCIATES LAW OFFICE,
APC, 6207 South Walnut Street, Suite 800
Loomis, CA 95650

CLERK, U.S. DISTRICT COURT

By _____
Deputy Clerk

NOTE: JUDGMENTS REGISTERED UNDER 28 U.S.C. §1963 BEAR THE RATE OF INTEREST OF THE DISTRICT OF ORIGIN
AND CALCULATED AS OF THE DATE OF ENTRY IN THAT DISTRICT.                                                           1162

G-18 (03/12)                                    ABSTRACT OF JUDGMENT/ORDER

## PROOF OF SERVICE

**WEEKLEY V. THE NOVOGRODER COMPANIES, INC., ET AL.**
5:20-CV-00203-JAK-SP

I, the undersigned, am over the age of eighteen years. I am not a party to the above-entitled action; my business address is 100 Pine St., Ste 1250, San Francisco, CA 94111.

On June 5, 2024 I served the following document(s):

**Abstract of Judgment**

Addressed to:
Vaughan & Associates Law Office
APC, 6207 South Walnut Street, Suite 800,
Loomis, CA 95650

☑ BY MAIL: I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at San Diego, California.

☐ BY FACSIMILE: In addition to the service by mail as set forth above, I forwarded a copy of said documents via facsimile to the listed facsimile number.

☐ BY OVERNITE EXPRESS: I caused such envelope with postage thereon fully prepaid to be placed in the Designated Overnite Express drop box at San Diego, California.

☐ BY PERSONAL SERVICE: I caused said documents to be personally served on all listed recipients via Diversified Legal Services.

☑ BY ELECTRONIC MAIL TRANSMISSION: via the United States District Court, Central District of California's CM/ECF system. I caused the listed documents to be electronically filed and subsequently emailed to the recipient(s).

Executed on June 5, 2024, from Friendswood, Texas.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

*Robert Gipson*
Robert Gipson

PROOF OF SERVICE